UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00378

**James Jones,**
*Plaintiff,*

v.

**Warden Unknown McNeil et al.,**
*Defendants.*

# ORDER

Plaintiff James Jones, an inmate of the Texas Department of Criminal Justice proceeding pro se, filed this civil rights lawsuit under 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

On September 29, 2023, the magistrate judge issued a report recommending that this case be dismissed without prejudice due to plaintiff's failure to comply with the court's order to satisfy the fee requirement and file an amended complaint. Doc. 5. A copy of the report was mailed to plaintiff, who sought and obtained an extension of time to file objections. Docs. 6, 7. Plaintiff's fourteen-day extension has expired without any further communication from him.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on December 19, 2023.*

J. CAMPBELL BARKER
United States District Judge